# EXHIBIT A

# Maxwell Kremer vs. Webador.com, et al

## No. 2023-cv-50

## Pleadings

At the Circuit Court of Overton County, Tennessee – In the United States of America

Plaintiff, Pro Se

Maxwell Kremer

Docket#: _2023-CV-50_

470 Swallows chapel rd. #B Cookeville, Tn 38506.

Vs.          .

**FILED**
Time _12 : 18 PM_
Date _12 - 5 - 23_
Lori Hammock
Circuit Court Clerk

Defendants

1. Webador.com / Torenallee 20, 5617BC Eindhoven, Netherlands.

2. Stripe.com / 354 Oyster Point Boulevard, San Francisco, Ca 94080.

# Complaint for Antitrust, Unfair or Deceptive Acts Prohibited and Solicitation of crime, which has harmed the Plaintiff's small business.

### Jurisdiction

1. Defendant 1, Webador, is a company located at Torenallee 20, 5617BC Eindhoven Netherlands.

2. Defendant 2, Stripe, is an international company located at 354 Oyster Point Boulevard San Francisco, CA 94080.

3. Plaintiff, Maxwell Kremer, is a business owner in Overton County, Tennessee. His address is 470 Swallows Chapel Rd. Cookeville, Tn 38506.

4. The Court has jurisdiction regarding this matter according to **T.C.A. § 39-11-118 Restitution to victims of crime**, which reads:

"(a) In addition to the punishment authorized by the specific statute prohibiting the conduct, it is a part of the punishment for any offense committed in this state that the person committing the offense may be sentenced by the court to pay restitution to the victim..."

### Facts

5. In November of 2023, the Plaintiff purchased Sellgauntlets.com from Webador.com that promised an online store internet credit card service from Stripe.com.

6. Sellgauntlets.com is the Plaintiff's trade, as owner of the registered trademark beverage manufacturer brand business website.

7. Stripe used an ad on it's website that reads(See Exhibit):"Use Stripe to handle all of your payments-related needs,..."

8. The Plaintiff's payment related need was an online store to accept credit card payments from beverage customers.

9. The Defendant was bad by not handling the payments-related needs, did not provide a functioning online store, after the Plaintiff paid Webador.com. approximately $100 for the online store web builder domain name website.

10. Defendant's ad continues to be read on it's website as "...manage revenue operations,..."

11. The Defendant refused to allow the Plaintiff's business, Sellgauntlets.com, to manage revenue operations.( See exhibit)

12. Defendant's ad reads: "...and launch or invent new business models."

13. The Plaintiff's business model is impacted and damaged by the revoked service, transacted between Plaintiff and Defendant, as Plaintiff was buyer, after full payment was made to Webador.com.

14. Webador.com has an ad that reads: "Start your own online store", "Setting up an online store is surprisingly easy".

15. Those advertisement slogans are misleading because the Plaintiff's online store did not start yet, by means of credit card function for customer purchases, because of Defendants' deliquency.

16. The Defendants' crimes have caused the Plaintiff sadness.

17. Every day that the sellgauntlets.com online store is off, is every day that Sellgauntlets.com might have made potential income, and didn't, because the online store function was intentionally revoked by Stripe and/or Webador.

18. 5uch intention resulted in Defendants' misdemeanors **Unfair or Deceptive Acts Prohibited T.C.A. § 14-18-104(9)**, a crime described as false-advertising.

19. The conspiracy between Stripe and Webador is a felony act because **T.C.A. §39-12-102** is a Tennessee law that says it is a felony to instruct employees to commit misdemeanors.

20. The Plaintiff purchased service that was advertised to him, and did not receive the service, due to Webador's and/or Stripe's employee misconduct.

21. Sellgauntlets.com's online store does not accept credit card payments yet, despite Plaintiff purchased an online store webbuilder, and input necessary criteria there.

22. The Defendant was so intentional, to do false-advertising when it sent an email to the Plaintiff with a subject tag in the email header that read: "Closure of your Stripe account for Maxwell Kremer".

23. The Stripe email admits that sellgauntlets.com's credit card machine turned off was a "decision" that they made. It reads: "I understand how you should be feeling due to our decision on your account."(See exhibit)

24. The Plaintiff submitted a civilian report to the F.B.I. at www.ic3.gov that was a distress regarding commerce ordeals. (See exhibit)

25. The Defendant advertised services with intent not to sell them as advertised.

**Cause of Action**

26. **T.C.A. §39-12-102 Solicitation- Defenses disallowed.** reads:

"(a)Whoever by means of oral, written, or electronic communication, directly or through another, intentionally commands, requests or hires another to commit a criminal offense, or attempts to command, request or hire another to commit a criminal offense, with the intent that the criminal offense be committed, is guilty of the offense of solicitation."

27. **T.C.A. §39-12-103 Criminal conspiracy.** reads:

"(a)The offense of conspiracy is committed if two (2) or more people, each having the culpable mental state required for the offense that is the object of the conspiracy, and each acting for the purpose of promoting or facilitating commission of an offense, agree that one (1) or more of them will engage in conduct that constitutes the offense."

28. **T.C.A. § 14-18-104(9)** reads:

"(a)Unfair or deceptive acts or practices affecting the conduct of any trade or commerce

constitute unlawful acts or practices and are Class B misdemeanors. (b)The following

unfair or deceptive acts or practices affecting the conduct of any trade or commerce are

declared to be unlawful and in violation of this part..." "...(9) Advertising goods or

services with intent not to sell them as advertised;".

29. **15 U.S.C. § 1**, a federal law reads:

"Every contract, combination in the form of trust, or otherwise, in conspiracy, or

restraint among trade or commerce among the several States, or with foreign nations, is

declared to be illegal..."

That statute is a law that describes obstructing commerce as a felony, termed

"Antitrust". The Defendants restrained the Plaintiff's business. By doing so, the Plaintiff is

claimant pursuant to laws that describe victim restitution.


### Relief

30. The Plaintiff demands **Punitive Damages** against the Defendant. The Plaintiff is entitled

to monetary relief by law.

31. **18 U.S.C.§ 3771 (a)(6)** explains the Plaintiff has a right to full and timely restitution as

provided in law.

32. **T.C.A. §29-39-104 Punitive damages** reads:

"(a) in a civil action in which punitive actions are sought (1) Punitive damages may only

be awarded if the claimant proves by clear and convincing evidence that the defendant

against whom punitive damages are sought acted maliciously, intentionally, fraudulently or recklessly."

33. The Defendant was <u>reckless</u> to commit felony.

34. The Defendant was <u>fraudulent</u> to sell office-business-services that it did not do.

35. **T.C.A. §29-39-104(7)(D)** reads:

"If the defendant's act or ommision results in the defendant being convicted of a felony under the laws of this state, another state, or under federal law, and that act or omission caused the damages or injuries;"

36. The punitive damages may be larger than $500,000 because the Defendant's acts were felony.

37. **T.C.A. §29-39-102 Civil damage awards** reads:

"(a) in a civil action, each injured plaintiff may be awarded (1) Compensation for economic damages suffered by each injured plaintiff; and (2) Compensation for any noneconomic damages...".

38. **T.C.A. §29-13-104** reads:

"Offenses to which compensation applies. Payment of compensation shall be made to the claimant in accordance with this chapter for personal injury to or death of the victim which resulted from: (1)An act committed in this state,..."

39. **T.C.A §29-13-105** reads:

"Persons eligible for compensation... (1)A victim of a crime;..."

40. **T.C.A. §29-13-402(4)(A)** defines victim as "a person...who suffers...physical, mental, or pecuniary injury as a...result of a crime".

41. **T.C.A. § 40-35-104 Sentencing Alternatives.** reads:

"(a) A defendant convicted of a felony or a misdemeanor in this state shall be sentenced in accordance with this chapter...(c) The following sentencing alternatives in any appropriate combination are authorized for defendants... (2) Payment of restitution to the victim..."

42. **T.C.A. §29-39-104(4)** reads:

"In all cases involving an award of punitive damages, the trier of fact, in determining the amount of punitive damages, shall consider, to the extent relevant, the following: the defendant's financial condition and net worth,... The trier of fact shall be instructed that the primary purpose of punitive damages is to punish the wrongdoer and deter similar misconduct in the future by the defendant ..."

43. The plaintiff demands $4,000,000 monetary relief.

44. And so, the Judge should agree that the Defendants' enormous wealth amount is cause to grant monetary relief to the Plaintiff, by proof in evidence, of crimes and victimization spawned by the Defendants. The Punitive Damages relief is priced high enough that the Defendants would be less likely to repeat the crimes. The Defendants' net worth, as multi-branded companies, is enormous, at over $12billion.

45. **18 U.S.C. § 3771(d)(1)** reads:

"A person accused of the crime may not obtain any form of relief under this chapter.

46. The two Defendants should both be regarded as equally 50% liable.

## Injunctive Relief

47. Webador, the owners and all of it's employees, must do prison time for one year.

48. Stripe, the owners and all of it's employees, must do prison time for one year.

49. Both Stripe and Webador must forfeit to seizure all of their electronics equipment properties that are located in the United States of America.

50. The Defendants must be forced to turn on the Plaintiff's credit card online store so that Sellgauntlets.com may become a functioning commercial website.


It is illegal to revoke service. And by doing so, the conspired Defendants must be punished pursuant to Tennessee Law, in U.S.A., and by federal law if this Complaint is removed to a Federal U.S. District Court. The Plaintiff was victimized, and so he must be granted pecuniary restitution.

**At the Circuit Court of Overton County, Tennessee, in the United States of America, the Plaintiff believes this Complaint to be respectful, proper, meritorious, evidentiary, truthful and righteous.**

*MMKremer* date 12-5-23

**Maxwell Kremer, Plaintiff pro se.** Please send paper correspondence only.

**931-239-1101 18email2511@mail.com 470 Swallows Chapel rd. #B Cookeville, Tn 38506**

# Overton County
# Business Tax Standard License

### This certificate must be publicly displayed.

SIMCRIME.COM
470 SWALLOWS CHAPEL RD
COOKEVILLE TN  38506-8250

Date Issued:    03-Feb-2023
Classification:    4
Letter ID:    L0330071936
License Number:    1000415200
Expiration Date:    15-May-2024

<  ✿  ↩  ⋯                          ︿  ﹀

[Action required] Closure of your Stripe account f...    3:29 AM

From: Stripe                                             Info



Hi Maxwell,

We recently identified payments on your Stripe accou
Maxwell Kremer (account ID: acct_1OB3oTQ68cGe3!
don't appear to have been authorized by the custome
that the owner of the card or bank account didn't con
these payments.

As a precautionary measure, we will no longer accep
for Maxwell Kremer. We will also begin issuing refund
payments on November 22, 2023, although they may
to appear on the cardholder's statement. Please refe
dashboard for a list of the charges that will be refund
are insufficient funds on your account to cover any re
those refunds won't be processed and any outstandir
will remain in your account .

If you believe that we've misunderstood or miscatego
business and would like us to conduct another reviev
account , please **complete the form on your Stripe D**
**provide more information about your business**.



Ziploc   Designed to be like
         a second set of hands   BUY NOV
         NEW  Stay Open Design

Subject: [Action required] Closure of your Stripe account for Maxwell Kremer

From: **Stripe**
accounts@stripe.com

To: 18email2511@mail.com

Date: Friday, November 17, 2023 at 3:29 AM

🏠 🔒 **dashboard.stripe.com** + ③ ⬆

Seligauntlers

Developers  Test mode  ❓ ◆ ⚙ ➕

Home

Payments

Balances

Customers

Billing

More +

Settings > Account status

# Account status

## Tasks

Active   Completed

**Reply directly from your inbox**   Past due   View details   **Contact Support**

In order to restore your account's ability to make charges, please check your email for next steps or reach out to our support team

**Deadline**   Nov 17, 2023 (past due)

**Impact**   Payments paused

**Provide additional information**   View details   **Add information**

We identified a high volume of unauthorized charges on your account. Payouts are now paused. We will issue refunds on affected card payments five days after your Stripe account is closed. Refunds may take longer to appear on a cardholder's statement. If you believe we've made a mistake, provide additional information about your business for review.

**Resources**

Verifications
Stripe
Support

🔖 Reserves
Stripe
Support

⚙ Contact
support



Case 2:24-cv-00028   Document 1-1   Filed 04/12/24   Page 13 of 46 PageID #: 19

  

Before you email, do these answer your question?

↗ **Disputes and fraud**
This document provides information about disputes and fraud in the context of Stripe. It ex...

↗ **Preventing disputes and fraud**
This document provides information on preventing disputes and fraud in Stripe. It emphasi...

❷ **COVID-19 dispute response guidance**
This support article provides guidance for merchants who are experiencing increased dispu...

❷ **Acceptable Use Policy**
The Acceptable Use Policy for Stripe's End User Services outlines the guidelines and restric...

↗ **Protecting your business from fraud and disputes**
The document is about protecting your business from fraud and disputes. It mentions a vid...

**Tell us more—how can we help?**

I have alerted www.ic3.gov that you are harming my business. If you do not facilitate commerce service that I purchased then I will press charges on you. You are committing a misdemeanor by offering services that are unavailable. Furthermore, it is a felony to instruct employees to do misdemeanors. 

↑ **Upload a file**  or drag one here

**Send email**



# stripe



Headquarters in South San Francisco

| | |
|---|---|
| **Type** | Private |
| **Industry** | Financial services<br>Payment processor |
| **Founded** | 2009; 14 years ago |
| **Founders** | Patrick and John Collison |
| **Headquarters** | South San Francisco, California, U.S. and Dublin, Ireland |
| **Services** | Payments<br>Billing<br>Connect<br>Sigma<br>Atlas<br>Radar (fraud prevention)<br>Issuing<br>Terminal |
| **Revenue** | ▲ US$12 billion (2021)[1] |
| **Number of employees** | 8,000 (2022)[2] |
| **Website** | stripe.com 🗗 |



Gauntets (tm) is a new beverage brand!!

## GAUNTLETS -TRADEMARK BEVERAGE MANUF...

# Cart

Quantity 1 ▾           US$1.00

Shipping costs

**Total amount**     **US$1.00**

## Sticker

US$1.00 **FREE shipping**

**Add to cart**

○ Private ○ Business

**Name**

Maxwell                                    Kremer

**Phone number**
(optional)

**Address**

470 swallows chapel rd.

**City & postal code**

Cookeville                                 38506

**Country**

United States                              ▼

**State**

Tennessee          ▼

**Email address**

18email2511@mail.com

☐ Check this box to enter a different delivery address



**Sticker**

US$1.00 **FREE shipping**

    
🏠  🔒 sellgauntlets.com/cor  +  ① ⬆

Gauntets (tm) is a new beverage brand!!

☰  **GAUNTLETS –TRADEMARK BEVERAGE MANUF...**  🛒

> The payment method you selected has not been set up correctly. Please try a different payment method or contact the online store owner.

# Thank you for your order

Your payment is still pending

Did something go wrong with your payment or do you want to change the payment method?

### Sticker

US$1.00 **FREE shipping**

Add to cart



    
18email2511 a mail.com
470 swallows chapel rd.
Cookeville. TN 38506
United States

## Shipping method

Free shipping (US$0.00)

## Payment method

 Credit card

## Cart

Quantity: 1          US$1.00

Shipping costs

## Total amount       **US$1.00**

## Remarks



Powered by **stripe**





FEDERAL BUREAU OF INVESTIGATION

 Internet Crime Complaint Center (IC3)



**You have successfully submitted your complaint.**

Please save or print a copy of your report before closing this window or navigating away from this page. This is the only time you will be able to retain a copy of your complaint.

You do not need to submit any further complaint about this incident; the internet gateway by which you wish to conclude additional information or format another to the final complaint.

Print Report

## What happens now?

Thank you for taking action for yourself and others. Your complaint is now fully submitted.

The information you provided is appreciated and vital to fighting cyber crime across the globe. It helps us track and better understand these crimes as they happen and may support ongoing or new investigations.

Now that the we have received your report, you will only be contacted by the FBI or other law enforcement representative if additional information is needed. We also recommend you file a complaint with your local law enforcement agency. Additionally, if you've suffered a monetary loss, we recommend contacting your financial institution.







### Staying Safe Online

Plan for your online safety or online. Not targeted any websites. Learn online safety early through the FBI's Safe Online Suite application.

### Common Scams

Get cyber alert and copy. safe. Find out common scams and know always to prevent criminal fraud crimes and information on how to remain safe.

### Consumer Alerts

Review warnings public published by the FBI to be aware of the latest internet based crimes.

## Victim Information

| | |
|---|---|
| Name: | Maxwell Kremer |
| Are you reporting on behalf of a business? | Yes |
| Business Name? | Gauntlets |
| Is the incident currently impacting business operations? | Yes |
| Age: | |
| Address: | 470 swallows chapel rd. |
| Address (continued): | B |
| Suite/Apt./Mail Stop: | |
| City: | Cookeville |
| County: | |
| Country: | United States of America |
| State: | Tennessee |
| Zip Code/Route: | 38506 |
| Phone Number: | 9312391101 |
| Email Address: | 18email2511@mail.com |
| Business IT POC, if applicable: | |
| Other Business POC, if applicable: | |

## Financial Transaction(s)

| | |
|---|---|
| Transaction Type: | Other |
| If other, please specify: | Webador |
| Transaction Amount: | 1.00 |
| Transaction Date: | 11/17/2023 |
| Was the money sent? | No |
| | |
| Victim Bank Name: | Usbank |
| Victim Bank Address: | |
| Victim Bank Address (continued): | |
| Victim Bank Suite/Mail Stop: | |
| Victim Bank City: | |
| Victim Bank County: | |

 

**Modular solutions**

# A fully integrated suite of financial and payments products

Reduce costs, grow revenue, and run your business more efficiently on a fully integrated platform. Use Stripe to handle all of your payments-related needs, manage revenue operations, and launch (or invent) new business models.

5:12 ⚠ ▵ 🖾 🖾 🔳 ⊠     📳 📶 72% ▪

⌂   🔒 webador.com/create-c   +   ⑤   ⋮



**webador**     ACCOUNT 👤   MENU ≡

# Start your own online store

### Setting up an online store is surprisingly easy

✓ More than 47,000 happy customers

✓ No technical knowledge required

✓ Free support

## Excellent



★ ★ ★ ★ ▰

**4.6** out of 5





Cancel                    Save

To: Complaints@stripe.com              ⌄

Subject: Felony activity, potential lawsuit      📎

I will sue you unless you allow my business to conduct business on my webador.com website.
1. It is a misdemeanor to advertise services that are unavailable.
2. It is a felony to instruct employees to commit a misdemeanor.

My nice website deserves services that I purchased for it. Please avoid lawsuit by fulfilling commerce responsibilities. My website is sellgauntlets.com . tmThank you for considering.





Hi Maxwell,

Thank you for providing additional information abou business, Maxwell Kremer (Stripe account ID: acct_1OB3oTQ68cGe39CH).

After reviewing your account again, we've confirmed business represents a higher risk than we can curre We are unable to accept payments for Maxwell Krer ID: acct_1OB3oTQ68cGe39CH) moving forward.

Payouts to your bank account have been paused, ar issue refunds on any card payments by December 1 although they may take longer to appear on the care statement. If there are insufficient funds on your acc cover any refunds, these refunds will not be process outstanding funds will remain on your account. Plea your **Dashboard** for a list of the charges to be refunc

If you'd like to further appeal our decision, please **cc**

— The Stripe team













Re: What is your problem      11/18/23

From: Stripe Support      Info

Hi there,

After a further review of your business, we've determined that we still won't be able to accept payments for your business moving forward.

Payouts to your bank account are paused, and we will issue refunds on the affected card payments 5 business days from the account closure day, although they may take longer to appear on the cardholders' statements.

Your account will show a list of the charges that will be refunded. The refunds won't be processed if you don't have enough funds to cover them, and any outstanding funds will remain in your account.

Please let us know if you have any questions.

Best,
Linda

-------------- Original Message --------------
**From:** Stripe Support [support@stripe.com]
**Sent:** 11/17/2023, 10:33 PM
**To:** 18email2511@mail.com
**Subject:** Re: What is your problem

Hi there,

Thanks for reaching out. I understand how you should be feeling due to our decision on your account. Allow me to sort this out for you.

My team and I are now reviewing your account, and we should be back in touch as soon as we're done.

amazon   LIGHT UP THE COMPETITION

Subject:    Re: What is your problem

From:    Stripe Support
support@stripe.com

To:    18email2511@mail.com
18email2511@mail.com

Date:    Saturday, November 18, 2023 at 4:55 PM

Will my subscription be renewed automatically?  ⌄

Am I tied to an ongoing subscription?  ⌄

How do I cancel?  ⌄

Do I need technical knowledge to build a website?  ⌃

No, that's not necessary! We work hard to make building a website as easy as possible - so anyone can do it.

**Can I start an online store?**  ⌃

Yes, you can start an online store! With a Pro plan, you can list up to 10 products, while a Business plan allows you to list unlimited products. For more information, take a look at our help center.

Can I create a business email address?  ⌄

My question isn't answered here - what should I do?  ⌄


**Silver Package Checking**
Account ending in 5553

| ACCOUNT BALANCE | AVAILABLE BALANCE |
|---|---|
| $4,590.07 | $4,542.24 |

| Post Date Trans Time | Trace ID/RefNum | Description | Check # | Debit | Credit | Account Balance | Available Balance | Unavailable Funds |
|---|---|---|---|---|---|---|---|---|
| 11-22-23 11:22:00 AM | 24445003326000984496 | 112123CHEXTRA DOLLAR TREE  COOKEVILLE | | $2.47 | $0.00 | $4,590.07 | $4,582.64 | $7.43 |
| 11-21-23 11:21:00 AM | 24427333324710008879 | 111923CHEXTRA GAS N GO #883  COOKEVILLE | | $15.51 | $0.00 | $4,592.54 | $4,582.64 | $9.90 |
| 11-21-23 11:21:00 AM | 24427333324710007087 | 111823CHEXTRA FOOD CITY #883  COOKEVILLE | | $26.61 | $0.00 | $4,608.05 | $4,598.15 | $9.90 |
| 11-20-23 11:20:00 AM | 24492163322000042509 | 111823CHEXTRA SP DRAPERJAMES 844-357895 | | $10.93 | $0.00 | $4,634.66 | $4,592.54 | $42.12 |
| 11-20-23 11:20:00 AM | 24445003323500426434 | 111823CHEXTRA DOLLAR-GENERAL MLEBANON | | $10.30 | $0.00 | $4,845.59 | $4,803.47 | $42.12 |
| 11-20-23 11:20:00 AM | 24610433323004024329 | 111823CHEXTRA ROSS STORE #2475LEBANON | | $21.94 | $0.00 | $4,655.89 | $4,613.77 | $42.12 |
| 11-20-23 11:20:00 AM | 24034543322002106622 | 111823CHEXTRA MARATHON PETRO012COOKEVILLE | | $20.01 | $0.00 | $4,677.83 | $4,635.71 | $42.12 |
| 11-20-23 11:20:00 AM | 24427333322710043467 | 111723CHEXTRA FOOD CITY #883  COOKEVILLE | | $5.47 | $0.00 | $4,697.84 | $4,655.72 | $42.12 |
| 11-20-23 11:20:00 AM | 24427333321710039211 | 111823CHEXTRA FOOD CITY #883  COOKEVILLE | | $1.85 | $0.00 | $4,703.31 | $4,661.19 | $42.12 |
| 11-20-23 11:20:00 AM | 24892163321107157417 | 111423CHEXTRA AMZN Mktp US*OA3Amzn.com/b | | $87.09 | $0.00 | $4,705.16 | $4,663.04 | $42.12 |
| 11-17-23 04:32:00 AM | | MONTHLY MAINTENANCE FEE WAIVED | | $0.00 | $6.95 | $4,792.25 | $4,784.93 | $7.32 |
| 11-17-23 04:32:00 AM | | MONTHLY MAINTENANCE FEE | | $6.95 | $0.00 | $4,785.30 | $4,777.98 | $7.32 |
| 11-17-23 04:17:00 PM | 00204216172729461 | 111723SUS29461US BANK COOKEVILCOOKEVILLE | | $100.00 | $0.00 | $4,792.25 | $4,784.93 | $7.32 |
| 11-17-23 11:17:00 AM | 24427333320710041994 | 111523CHEXTRA ALDI 70028 COOKEVILLE | | $107.41 | $0.00 | $4,892.25 | $4,884.93 | $7.32 |
| 11-16-23 11:16:00 AM | 24427333319710036463 | 111423CHEXTRA FOOD CITY #683  COOKEVILLE | | $4.12 | $0.00 | $4,999.66 | $4,803.31 | $196.35 |
| 11-15-23 11:15:00 AM | 24445003318300555571 | 111423CHEXTRA KROGER FUEL #989COOKEVILLE | | $14.10 | $0.00 | $5,003.78 | $4,805.16 | $198.62 |
| 11-15-23 11:15:00 AM | 24445003318500385233 | 111323CHEXTRA DOLLAR-GENERAL #COOKEVILLE | | $18.71 | $0.00 | $5,017.88 | $4,819.28 | $198.62 |
| 11-14-23 11:14:00 AM | 24427333317710001012 | 111223CHEXTRA HOMETOWN IGA #42COOKEVILLE | | $17.14 | $0.00 | $5,036.59 | $4,912.57 | $124.02 |
| 11-14-23 11:14:00 AM | 24427333317710006916 | 111223CHEXTRA FOOD CITY #883  COOKEVILLE | | $10.88 | $0.00 | $5,053.73 | $4,929.71 | $124.02 |
| 11-14-23 02:24:00 AM | 2331400208779900 | 23110b PAYROLL  9392038001 400099289 | | $0.00 | $843.44 | $5,064.61 | $5,017.88 | $46.73 |
| 11-13-23 11:13:00 AM | 24318053316543565583 | 111123CHEXTRA SHELL OIL 575274NASHVILLE | | $11.80 | $0.00 | $4,221.17 | $4,174.44 | $46.73 |
| 11-13-23 11:13:00 AM | 24445003314300599280 | 111023CHEXTRA KROGER FUEL #989COOKEVILLE | | $16.13 | $0.00 | $4,232.97 | $4,186.24 | $46.73 |
| 11-13-23 11:13:00 AM | 74987503314000641843 | 111023CHEXTRA Webador W4173837Eindhoven | | $2.83 | $0.00 | $4,249.10 | $4,202.37 | $46.73 |
| 11-13-23 11:13:00 AM | 74987503314000641843 | 111023CHEXTRA Webador W4173837Eindhoven | | $94.50 | $0.00 | $4,251.93 | $4,205.20 | $46.73 |
| 11-13-23 11:13:00 AM | 24692163315101917974 | 111023CHEXTRA FOOD LION #0995 COOKEVILLE | | $8.71 | $0.00 | $4,346.43 | $4,299.70 | $46.73 |
| 11-13-23 11:13:00 AM | 24692163315102017887 | 110823CHEXTRA AMZN Mktp US*B30Amzn.com/b | | $43.79 | $0.00 | $4,355.14 | $4,308.41 | $46.73 |
| 11-10-23 06:17:00 PM | 00703418170329459 | 111023SUS29459US BANK COOKEVILCOOKEVILLE | | $100.00 | $0.00 | $4,398.93 | $4,235.80 | $163.13 |
| 11-10-23 11:10:00 AM | 24427333313710036785 | 110823CHEXTRA FOOD CITY #883  COOKEVILLE | | $91.83 | $0.00 | $4,498.93 | $4,335.80 | $163.13 |
| 11-09-23 11:09:00 AM | 24435653312207440000 | 110823CHEXTRA AUTO-OWNERS INSU800-288-87 | | $44.57 | $0.00 | $4,590.76 | $4,455.14 | $135.62 |
| 11-08-23 11:08:00 AM | 24316053311548256240 | 110623CHEXTRA SHELL OIL 575465COOKEVILLE | | $15.01 | $0.00 | $4,635.33 | $4,455.14 | $180.19 |

This is informational only. It does not constitute your official statement.

Form TRHIST 092012

U.S. Bank
Customer Confidential

Before you email, do these answer your question?

⬀ Disputes and fraud
This document provides information about disputes and fraud in the context of Stripe. It ex...

⬀ Preventing disputes and fraud
This document provides information on preventing disputes and fraud in Stripe. It emphasi...

❷ COVID-19 dispute response guidance
This support article provides guidance for merchants who are experiencing increased dispu...

❷ Acceptable Use Policy
The Acceptable Use Policy for Stripe's End User Services outlines the guidelines and restric...

⬀ Protecting your business from fraud and disputes
The document is about protecting your business from fraud and disputes. It mentions a vid...

**Tell us more—how can we help?**

I have alerted www.ic3.gov that you are harming my business. If you do not facilitate commerce service that I purchased then I will press charges on you. You are committing a misdemeanor by offering services that are unavailable. Furthermore, it is a felony to instruct employees to do misdemeanors.

↑ **Upload a file**  or drag one here.

**Send email**



| Overton County | **STATE OF TENNESSEE** **CIVIL SUMMONS** page 1 of 1 | **Case Number** 2023-CV-50 |

**Maxwell Kremer** Vs. **Stripe.com**

Served On:
**Stripe.com**  354 Oyster Point Boulevard, San Francisco, CA 94080

You are hereby summoned to defend a civil action filed against you in **Circuit** Court, **Overton** County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: **12-5-23**

_Lori Hammock /Hail DD CC_
Clerk / Deputy Clerk

Attorney for Plaintiff: **Maxwell Kremer Pro Se**
**470 Swallows Chapel Rd. Cookeville, TN 38506**

**NOTICE OF PERSONAL PROPERTY EXEMPTION**
TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to _____, _____ Clerk, _____County

**CERTIFICATION (IF APPLICABLE)**
I, _____, _____ Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____

Clerk / Deputy Clerk

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: _____

Date:_____    By:_____
Please Print: Officer, Title

Agency Address _____    Signature _____

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____

Notary Public / Deputy Clerk (Comm. Expires _____ )

Signature of Plaintiff _____    Plaintiff's Attorney (or Person Authorized to Serve Process)
**(Attach return receipt on back)**

ADA: If you need assistance or accommodations because of a disability, please call _____, ADA Coordinator, at ( ) _____.

Rev. 03/11

| *Overton* County | **STATE OF TENNESSEE**<br>**CIVIL SUMMONS**<br>page 1 of 1 | **Case Number**<br>*2023-CV-50* |
|---|---|---|

| Maxwell Kremer | vs. | Webador.com |
|---|---|---|

Served On:

**Webador.com** *Torenallee 20, 5617 BC Eindhoven, Netherlands*

You are hereby summoned to defend a civil action filed against you in *Circuit* Court, *Overton* County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: *12-5-23*

_____ *Lori Hammock / Hal Hall*
Clerk / Deputy Clerk

Attorney for Plaintiff: *Maxwell Kremer Pro Se*
*470 Swallows Chapel Rd. Cookeville, TN 38506*

**NOTICE OF PERSONAL PROPERTY EXEMPTION**

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to _____, _____ Clerk, _____ County

---

**CERTIFICATION (IF APPLICABLE)**

I, _____, _____ Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____

_____
Clerk / Deputy Clerk

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: _____

_____

Date:_____ By:_____
Please Print: Officer, Title

_____          _____
Agency Address                Signature

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____

_____
Notary Public / Deputy Clerk (Comm. Expires _____)

_____          _____
Signature of Plaintiff        Plaintiff's Attorney (or Person Authorized to Serve Process)
                              **(Attach return receipt on back)**

ADA: If you need assistance or accommodations because of a disability, please call _____, ADA Coordinator, at ( ) _____.

Case 2:24-cv-00028   Document 1-1   Filed 04/12/24   Page 31 of 46 PageID #: 37

*Rev. 03/11*

# LORI HAMMOCK
## CIRCUIT COURT CLERK
### 1000 J. T. POINDEXTER DRIVE
### LIVINGSTON, TN 38570
### 931-823-2312 (Phone)
### 931-823-9728 (Fax)

**FILED**

Time _11:10  AM_

Date _12-6-23_

Lori Hammock
Circuit Court Clerk

*12/06/2023*

*To Whom It May Concern:*

*After having spoken to the Judge's legal assistant, the Judge is going to require any legal service of the summons on defendant Webador.com to be performed by the Plaintiff. This office is sending the summons to be signed and sent back here, a summons to be kept by the Respondent, and two copies for any other needed signatures.*

*The summons for Stripe.com has been sent to the Tennessee Secretary of State for service.*

*If we can be of further assistance, please call us at (931)823-2312.*

*Lori Hammock*

*Circuit Court Clerk*
*LH:GH*

Overton County

# STATE OF TENNESSEE
## CIVIL SUMMONS
page 1 of 1

**Case Number**

2023-CV-50

Maxwell Kremer Vs. Webador.com

Served On:

Webador.com    Torenallee 20, 5617 BC   Eindhoven, Netherlands

You are hereby summoned to defend a civil action filed against you in **Circuit** Court, **Overton** County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: **12-5-23**

_Lori Hammock / Paul Hall_
Clerk / Deputy Clerk

Attorney for Plaintiff: **Maxwell Kremer Pro Se**
**470 Swallows Chapel Rd. Cookeville, TN 38506**

### NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

**FILED**

Mail list to _____, _____ Clerk, _____ County

**Time** 11:10 AM

**Date** 12-6-23

~~Lori Hammock~~
**Circuit Court Clerk**

### CERTIFICATION (IF APPLICABLE)

I, _____, _____ Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____

Clerk / Deputy Clerk

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: _unable to locate_

Date: _12/6/2023_    By: _St Mau_ 109
Please Print: Officer, Title

_Matt Farmer OCSD 109_
Signature

Agency Address

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____

Notary Public / Deputy Clerk (Comm. Expires _____ )

Signature of Plaintiff

Plaintiff's Attorney (or Person Authorized to Serve Process)
**(Attach return receipt on back)**

*ADA: If you need assistance or accommodations because of a disability, please call _____, ADA Coordinator, at ( ) _____.*

*Rev. 03/11*

| Overton County | **STATE OF TENNESSEE** **CIVIL SUMMONS** page 1 of 1 | Case Number 2023-CV-50 |
|---|---|---|

Maxwell Kremer ___ Vs. ___ Webador.com

Served On:
Webador.com  Torenallee 20, 5617 BC Eindhoven, Netherlands

You are hereby summoned to defend a civil action filed against you in Circuit Court, Overton County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: 12-5-23

_Lori Hammock / Gail Hall_
Clerk / Deputy Clerk

Attorney for Plaintiff: Maxwell Kremer Pro Se
470 Swallows Chapel Rd. Cookeville, TN 38506

**NOTICE OF PERSONAL PROPERTY EXEMPTION**

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to _____ , _____ Clerk, _____ County

**CERTIFICATION (IF APPLICABLE)**

I, _____ , _____ Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____          _____
                                 Clerk / Deputy Clerk

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: _____

Date: _____          By: _____
                                     Please Print: Officer, Title

Agency Address          Signature

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on 12-11-23 , I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant Webador.com . On 1-22-24 I received the return receipt, which had been signed by _____ on 12-21-23 . The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: 1-23-24

_____
Signature of Plaintiff

Notary Public / Deputy Clerk (Comm. Expires _____ )

Maxwell Kremer Pro Se
Plaintiff's Attorney (or Person Authorized to Serve Process)
(Attach return receipt on back)

ADA: If you need assistance or accommodations because of a disability, please call _____

```
=====================================
BROAD ST STA
Unit #: 4719220503    ZIP Code: 38503

Date: 01/22/2024  1:22 PM
=====================================
            Tracking Status
        Business Date: 01/22/2024
-------------------------------------
            Tracking Number
RF669623390US

        Destination and Origin
Destination
ZIP Code:
City:      HAGUE INTERNATIONAL MAIL C
State:
Origin
ZIP Code:  38503-9998
City:      COOKEVILLE
State:     TN

Tracking Number Classification
Class/Service: First-Class Mail Internationa
l Registered
Class of Mail Code/Description: LC

Origin/Return/Pickup Address Info
Address:
City:
State:      ZIP Code: 38503-9998

Payment
Payment Type: 08
Payment Account Number: 000000000000
Postage: 9.16
Weight: 0 lb (s) 6.00 oz (s)
Rate Indicator: SINGLE PIECE - FLAT


        Extra Services Details
-------------------------------------
Description: Registered Mail - International
Amount: 20.25
-------------------------------------
Description: Return Receipt
Amount: 5.65
-------------------------------------
Description: Registered Mail
Amount:
-------------------------------------

        Event Details
-------------------------------------
Event: DELIVERED
Date: 12/21/2023
Time: 11:15
Location: NETHERLANDS
-------------------------------------

        For Further Information,
            go to USPS.com
```



**Tre Hargett**
Secretary of State

# FILED

Time _10:50 AM_

Date _3-11-24_

Lori Hammock
Circuit Court Clerk

## Division of Business Services
## Department of State
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

LORI HAMMOCK
1000 J.T. POINDEXTER DR.
LIVINGSTON, TN 38570

03/07/2024
Case #:**2023-CV-50**
Certified #:**9489009000276554605643**

RE: **MAXWELL KREMER**

VS: **STRIPE.COM**

Dear Clerk,

Enclosed are the following papers in the above styled case:

☑ Original Summons

☑ Affidavit and Endorsement

☑ Registered or Certified Return Receipt signed by:

USPS

☐ Registered or Certified letter returned refused

☐ Registered or Certified letter returned undelivered with notation:

Sincerely,

Tre Hargett
Secretary of State

Enclosures: Original Documents



**Tre Hargett**
Secretary of State

# Division of Business Services
# Department of State
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

## AFFIDAVIT AND ENDORSEMENT

Case #: **2023-CV-50**

03/07/2024

Certified #: **9489009000276554605643**

SOS Summons #: 14584638

RE: **MAXWELL KREMER**

VS: **STRIPE.COM**

    I, <u>SETH STRACENER</u>, having been duly authorized by Tre Hargett, Secretary of State of Tennessee, do hereby make oath on his behalf and under authorization as follows:

    That on <u>12/08/2023</u>, I received from the plaintiff the original and certified copies of the process, notice or demand issued against <u>STRIPE.COM</u>
whose address is: <u>354 OYSTER POINT BOULEVARD, SAN FRANCISCO, CA 94080</u>,
and that on <u>12/13/2023</u>, I mailed by registered or certified return-receipt mail the certified copies of the process, notice, or demand to the above address together with a written notice that service was made.

    I further make oath that the return receipt for the registered or certified letter was received at my office in Nashville, Tennessee, on <u>03/06/2024</u>, and returned to <u>OVERTON COUNTY - CIRCUIT COURT of LIVINGSTON, TN</u> on <u>03/07/2024</u>.

Tre Hargett
Secretary of State

By: _____

Sworn to and subscribed before me this

<u>6th</u> day of <u>March</u>, 20 <u>24</u>

_____
Notary Public

My Commission Expires: <u>11-8-2027</u>

SS-4201(Rev. 9/15)

RDA 1003





**Tre Hargett**
Secretary of State

## Division of Business Services
## Department of State
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

MAXWELL KREMER
470 SWALLOWS CHAPEL RD
COOKEVILLE, TN  38506

## Receipt Detail

Receipt ID:      008500848
Receipt Date:    12/12/2023
Receipt Total:   $20.00

| Item | Description | Check/Ref # | DLN # | Price | # | Amount |
|------|-------------|-------------|-------|-------|---|--------|
| Summons | Summons | 14584638 | | $20.00 | 1 | $20.00 |
| Payment-Check/MO | MAXWELL KREMER , COOKEVILLE, TN | 9101005423 | B1461-7859 | $20.00 | 1 | ($20.00) |

Overton County

# STATE OF TENNESSEE
# CIVIL SUMMONS
page 1 of 1

**Case Number**

2023-CV-50

Maxwell Kremer vs. Stripe.com

Served On:
stripe.com  354 Oyster Point Boulevard, San Francisco, CA 94080

You are hereby summoned to defend a civil action filed against you in Circuit Court, Overton County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: 12-5-23

Lori Hammock / Gail Hall
Clerk / Deputy Clerk

Attorney for Plaintiff: Maxwell Kremer Pro Se
470 Swallows Chapel Rd. Cookeville, TN 38506

## NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to _____, _____ Clerk, _____ County

## CERTIFICATION (IF APPLICABLE)

I, _____, _____ Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____

_____
Clerk / Deputy Clerk

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: _____

Date: _____     By: _____
Please Print: Officer, Title

Agency Address _____     Signature _____

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____     _____
Notary Public / Deputy Clerk (Comm. Expires _____)

Signature of Plaintiff _____     Plaintiff's Attorney (or Person Authorized to Serve Process)
**(Attach return receipt on back)**

*ADA: If you need assistance or accommodations because of a disability, please call _____, ADA Coordinator, at ( ) _____*

*Rev. 03/11*

ALERT: SEVERE WEATHER CONDITIONS ACROSS THE U.S. MAY DELAY FINAL DELIVERY OF YOUR MAIL AND PACKAGES. READ MORE
(HTTPS://ABOUT.USPS.COM/NEWSROOM/SERVICE-ALERTS/)

# USPS Tracking®

FAQs >

**Track Packages
Anytime, Anywhere**

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**
(https://reg.usps.com/xsell?
app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove X

Feedback

**Tracking Number:**

## 9489090900276554605643

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

**Delivered**
**Delivered, Left with Individual**

SOUTH SAN FRANCISCO, CA 94080
December 18, 2023, 10:37 am

See All Tracking History

**Latest Update**

Your item was delivered to an individual at the address at 10:37
am on December 18, 2023 in SOUTH SAN FRANCISCO, CA
94080.

What Do USPS Tracking Statuses Mean?
(https://faq.usps.com/s/article/Where-is-my-
package)

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

**Text & Email Updates** >

**USPS Tracking Plus®** >

**Product Information** >

See Less ∧

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

MAXWELL KREMER,　　　　　　　　　)
　　　　Plaintiff,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　　)　　Case No. 2023-CV-50
　　　　　　　　　　　　　　　　　　　)
WEBADOR.COM and　　　　　　　　　)　　Part II
STRIPE.COM,　　　　　　　　　　　　)
　　　　Defendants.　　　　　　　　　　)

**FILED**

Time __9:55 AM__

Date __4-11-24__

Lori Hammock
Circuit Court Clerk

## NOTICE OF RECEIPT OF *EX PARTE* COMMUNICATION FROM PLAINTIFF

　　　　Plaintiff, MAXWELL KREMER, has forwarded via U.S. Mail a document, which

was not filed with the Clerk, titled "Application for Order to Dispense Funds by Default," which

was received in Chambers on January 24, 2024, and which is attached hereto as Exhibit 'A.'

Said Application contains no indicia of service on the Defendants and is, therefore, an *ex parte*

communication. Accordingly, the Court respectfully requests that the Honorable Clerk **certify**

**and send a copy of this Notice and attached exhibit** to all the attorneys now of record and to

any party not represented by an attorney.

　　　　　　　　　　　ENTER: this, 9th day of April, 2024.

　　　　　　　　　　　*Caroline E Knight*
　　　　　　　　　　　CAROLINE E. KNIGHT,
　　　　　　　　　　　Circuit Court Judge, Part II

State of Tennessee, County of Overton
I, Lori Hammock, Clerk of the Circuit-Criminal
and General Sessions Courts for said County
and State do hereby certify the foregoing to be a
full, and complete copy of the Notice of Receipt
in the case of Kremer
vs. Webador and Stripe
as the same appears of record on file in my office
in the town of Livingston in: Overton Co.
Witness my hand and official seal, this
the 12 day of April 20 24
Lori Hammock Circuit Court Clerk



# At the Circuit Court of Overton County, Tennessee

## — In the United States of America

Plaintiff, Pro Se

Maxwell Kremer                                   Docket#:___2023-cv-50___

470  Swallows chapel rd. #B Cookeville, Tn 38506.

Vs.

Defendants

1. Webador.com / Torenallee 20, 5617BC Eindhoven, Netherlands.

2. Stripe.com / 354 Oyster Point Boulevard, San Francisco, Ca 94080.


## Application for Order to dispense funds by default

The Plaintiff requests this Order to be granted so that it may be signed by the Judge.

It is a fact that the Defendant parties have failed to plead or otherwise defend against

the Plaintiff's Complaint for affirmative relief, within 30 days, for Docket # 2023-cv-50.

The Plaintiff prepares this order here to be signed by the Judge within 7 days from the

date the order is granted, in accordance to L.R.P. 22.01(a).

T.R.C.P. 12.01 reads: "A defendant shall serve an Answer within thirty  (30) days after the

service of the summons and complaint upon him."

**EXHIBIT**

**A**

See the exhibit, the Secretary of State Summons database website screenshot, depicts Stripe.com was served Summons and Complaint on December 13, 2023. Webador.com was served Summons and Complaint by U.S. mail on December 11, 2023. See the exhibits that are two postal receipts for the Webador.com mailing service, and one delivery receipt describing 12-21-23 as the day Webador received the Complaint and Summons. And so after 30 days the Plaintiff may prevail by default, as this case has become uncontested by the Defendants, with no Answer.

**T.R.C.P. 4.05 (5)** reads:

"When service of summons, process, or notice is provided for or permitted by registered or certified mail, under the laws of Tennessee, and the addressee, or addressee's agent, refuses to accept delivery, and it is so stated in the return receipt of the United States Postal Service, the written return receipt, if returned and filed in the action, shall be deemed an actual and valid service of the summons, process or notice. Service by mail is complete upon mailing."

**T.R.C.P. 4.05(5)** suggests the 30 day time limit, for Defendant Stripe.com's Answer, started when the Summons and Complaint were mailed because the mail was either declined or received, after sent. The Court may verify with the Tennessee Secretary of State office to reveal the date when Summons and Complaint were received/declined.

Defendant Webador seems to not be a corporation because it has no search results at the SEC.gov website.

The Plaintiff expects the Clerk, or Court, or Judge, to force the Defendants to pay the relief to the Court, and then subtract Court tax, and then pay the remainder of the money sum to Maxwell Kremer by paper check, or perhaps wire transfer.

The taxing of Court costs must be calculated as _____% subtracted from $4,000,000 relief.

Court Tax sum $_____

Plaintiff's relief sum $_____

Judge's Signature_____ date_____

**At the Circuit Court of Overton County, Tennessee, in the United States of America, the Plaintiff believes this Application to be respectful, proper, meritorious, evidentiary, truthful and righteous.**

_Kremer_ date 1-23-24

Maxwell Kremer, Plaintiff pro se. Please send paper correspondence only.

**931-239-1101 18email2511@mail.com 470 Swallows Chapel rd. #B Cookeville, Tn 38506**

  


Summons / Service of Process > Search > Detail

# Summons/Service of Process Detail

Document details cannot be edited. This detail reflects the current state of the document in the system.
Please note, it can take up to 48 hours for filings received in our office to be processed and reflected in search results.

Return to the Summons/Service of Process Search Search.



| Document #: 14584638 | |
| --- | --- |
| **Summons** | |
| Date Process Received by SOS: | 12/08/2023 10:14 AM |
| Status: | Active |

| **Detail** | |
| --- | --- |
| Case Number | 2023-CV-50 |
| Certified Number | 94800090002765546050643 |
| Date Process Mailed by SOS | 12/13/2023 |
| Court Type | CIRCUIT |
| County | OVERTON COUNTY |
| Style of Case | |
| RE: | MAXWELL KREMER |
| VS: | STRIPE COM |
| Affiant | |
| Date Tracer Sent | |
| Date Card Returned | |
| Date Process and SOS Affidavit Mailed to Court Clerk | |
| Response Type | |
| Notation | |

**Recipient**

STRIPE COM
354 OYSTER POINT BOULEVARD
SAN FRANCISCO, CA 94080

**Court Clerk**

LORI HAMMOCK
1000 J T. POINDEXTER DR.
LIVINGSTON, TN 38570



## Secretary of State Tre Hargett

Tre Hargett was elected by the Tennessee General Assembly to serve as Tennessee's 37th secretary of state in 2009 and re-elected in 2013, 2017, and 2021. Secretary Hargett is the chief executive officer of the Department of State with oversight of more than 300 employees. He also serves on 16 boards and commissions, on two of which he is the presiding member. The services and oversight found in the Secretary of State's office reach every department and agency in state government.

## About the Office

The Tennessee Secretary of State has oversight of the Department of State. The Secretary of State is one of