IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| MAXWELL KREMER, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 2:24-cv-00028 |
| | ) | |
| v. | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE NEWBERN |
| WEBADOR.COM | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 31) recommending the claims against Defendant Webador.com be dismissed without prejudice pursuant to the Court's equitable authority to control its own docket for failure to effect service of process. The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service (Doc. No. 31 at 12). No objections have been filed. The Court also notes that Plaintiff has made no filings in this case since March 4, 2025, and has taken no steps to serve Webador.com since being instructed that his attempts were insufficient.

The Court has reviewed the Report and Recommendation (Doc. No. 31) and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, the claims against Defendant Webador.com are **DISMISSED WITHOUT PREJUDICE**. The claims against all other defendants having been previously dismissed, the Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE